KERKER v. LEVY et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by A. Lawrence Kerker against Charles S. Levy and others. No opinion. Motion granted. Settle order on notice.

KILEY, Appellant, v. TAYNTOR et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Edward A. Kiley, as trustee in bankruptcy of Darwin W. Tayntor, against Emma H. Tayntor and others. No opinion. Order affirmed, with $10 costs and disbursements.

KINUM, Respondent, v. RELF et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Henry Kinum against Edward L. Relf and another. No opinion. Judgment unanimously affirmed, with costs.

KIRBY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Thomas Kirby against the City of New York. T. Connoly, for appellant. J. Kaufmann, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 133 App. Div. 898, 118 N. Y. Supp. 1118.
SCOTT, J., dissents.

KIRSCH, Appellant, v. BELOW, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Hyman Kirsch against Fred Below. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the decision is against the weight of evidence.

In re KLATSKIE. (Supreme Court, Appellate Division, First Department. April 29, 1910.) In the matter of Isidore Klatskie, an attorney. No opinion. Reference ordered. Settle order on notice.

KLEIN, Appellant, v. TIEMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Ellis Klein against Catherine Tiemann and another. No opinion. Judgment and order of the Municipal Court affirmed, without costs.

KNAUTH et al., Appellants, v. STEVENSON, RYE & CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Wilhelm Knauth and others against Stevenson, Rye & Co. No opinion. Order affirmed, with $10 costs and disbursements.

KNICKERBOCKER TRUST CO. v. TARRYTOWN, W. P. & M. R. CO. et al. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the Knickerbocker Trust Company against the Tarrytown, White Plains & Mamaroneck Railway Company and others. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 932, 118 N. Y. Supp. 1118.

KNORR, Appellant, v. SIMON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Louise C. Knorr, as administratrix, etc., against William Simon. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 121 N. Y. Supp. 1137.

KNOWLTON, Respondent, v. BAGLEY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by John C. Knowlton against Geo. A. Bagley, impleaded with others. No opinion. Interlocutory judgment and final judgment affirmed, with costs, on the authority of Watertown National Bank v. Bagley, 134 App. Div. 831, 119 N. Y. Supp. 592.

In re KOBITZECK. (Supreme Court, Appellate Division, First Department. May 13, 1910.) In the matter of Adolf Kobitzeck, an attorney. No opinion. Motion granted. Settle order on notice.

KOHL v. JETTER. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Lawrence E. Kohl against George J. Jetter. Motion granted. No opinion. Settle order on notice. See, also, 126 App. Div. 947, 111 N. Y. Supp. 1127.

KOHLER v. ROSENTHAL et al. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Charles Kohler against Herman Rosenthal and another. C. Simon, for appellant. E. W. Marlow, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 969, 119 N. Y. Supp. 1131, and 135 App. Div. 438, 120 N. Y. Supp. 325.

KOTWAS, Respondent, v. UNITED STATES RUBBER RECLAIMING WORKS OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Joseph Kotwas, an infant, etc., against the United States Rubber Reclaiming Works of New York.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event.
McLENNAN, P. J., and WILLIAMS and ROBSON, JJ., concur upon the ground that the evidence fails to show that the defendant was guilty of actionable negligence, and also that the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence. SPRING and KRUSE, JJ., concur upon the ground that the court erred in submitting to the jury the question of a safe place and the failure to place guards as grounds of negligence, but are of the opinion that the question of the failure of the defendant to give instructions to the plaintiff was one of fact.